HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
MEGAN T. HOPKINS, State Bar #294141
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
HERLINDA CASTRO LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HERLINDA CASTRO LEON,<br><br>  Defendant. | No.  2:22-cr-00200-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY**<br><br>Judge:  Hon. John A. Mendez |

Defendant HERLINDA CASTRO LEON is to be **released from Sacramento County Jail *no later than* 8:00 a.m., on Thursday, January 25, 2024.**

Ms. Leon is to travel directly to the WestCare Residential Treatment Program's intake office, located at 611 E Belmont Avenue, Fresno, CA 93701, and report to the program for intake at 12:30 p.m. on Thursday, January 25, 2024. Ms. Leon will thereafter report to the residential location at 2772 South MLK Boulevard, Fresno, CA 93706.

Ms. Leon is **ORDERED** to comply with the standard and special conditions of supervision previously imposed, and to remain at the WestCare Residential Treatment Program until completion or until otherwise directed by Probation.

IT IS SO ORDERED.

Dated:  January 23, 2024          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE